UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN FELLOWS,

    Plaintiff,

vs.

STAR CARTAGE CO., INC.,
a foreign corporation,
and GARY DALTON HALL,

    Defendants.
_____/

Case No: 2:17-cv-12521
Hon. George Caram Steeh
Mag. Judge Stephanie Dawkins Davis

KEVIN H. SEIFERELD (P58016)
JORDAN M. JONES (P77866)
MICHIGAN AUTO LAW, P.C.
Attorneys for Plaintiff
30101 Northwestern Highway
Farmington Hills, MI  48334
(248) 353-7575
(248) 254-8081 (fax)
Kseiferheld@michiganautolaw.com

ANTHONY J. KOSTELLO (P57199)
JEFFREY R. MURRAY (P77054)
VANEVEER GARZIA, P.C.
Attorneys for Defendants
840 W. Long Lake Road, Suite 600
Troy, MI  48098
(248) 312-2800
(248 879-0042 (fax)
akostello@vgpclaw.com
jmurray@vgpclaw.com
_____/

**PLAINTIFFS' STATEMENT OF UNRESOLVED
ISSUES REGARDING PLAINTIFF'S MOTIONS TO COMPEL**

1

Plaintiff's counsel has attempted to confer in good faith with Defense counsel prior to filing the pending Motions (Docket #20 and #22) but was not favored with a response.

**I.    The Issues that Remain in Dispute Are:**

A. Defendants' failure to properly respond and/or provide documents requested in plaintiff's Requests for Production of Documents numbers 20, 25, 26, 30, 32, 35, 37, 39, 40, 44, 45, 48, 49, 50, 52, and 58;

B. Defendants' production of the following witnesses to appear for depositions: Defendant Gary Hall; the corporate representative(s) for Star Cartage, Inc.; Carol Correll; John Owad; and Casey Weirch;

C. Production of an executed authorization to obtain Defendant Gary Hall's cell phone records; and

D. Production of an executed authorization for collection of records pertaining to Defendant Gary Hall from HireRight, LLC.

        Respectfully submitted,

        MICHIGAN AUTO LAW, P.C.


BY:  /s/ Kevin H. Seiferheld_____
       KEVIN H. SEIFERHELD (P58016)
       Attorney for Plaintiff
       30101 Northwestern Highway
       Farmington Hills, MI 48334
       jjones@michiganautolaw.com

DATED:    June 12, 2018

## **CERTIFICATE OF SERVICE**

I certify that on June 12, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to attorneys Anthony J. Kostello and Jeffrey R. Murray.

                                       MICHIGAN AUTO LAW, P.C.

                       BY:   /s/ Kevin H. Seiferheld_____
                                KEVIN H. SEIFERHELD (P58016)
                                Attorney for Plaintiff
                                30101 Northwestern Highway
                                Farmington Hills, MI 48334
                                jjones@michiganautolaw.com

DATED:     June 12, 2018