**U UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

STEPHEN FELLOWS,

      Plaintiff,                                      Case No: 2:17-cv-12521
                                                      Hon. George Caram Steeh
vs.                                                   Mag. Judge Stephanie Dawkins Davis

STAR CARTAGE CO., INC.,
a foreign corporation,
and GARY DALTON HALL,

      Defendants.
_____/
KEVIN H. SEIFERELD (P58016)
ALEXANDER P. KEMP (P80963)
MICHIGAN AUTO LAW, P.C.
Attorneys for Plaintiff
30101 Northwestern Highway
Farmington Hills, MI  48334
(248) 353-7575
(248) 254-8081 (fax)
Kseiferheld@michiganautolaw.com

RUSSELL W. PORRITT II (P38659)
WARD, ANDERSON, PORRITT, BRYANT,
LORD & ZACHARY
Attorneys for Defendants
4190 Telegraph Road, Suite 2300
Bloomfield Hills, MI 48302
(248) 593-1440; 593-7920 Fax
rporritt@wardanderson.com
_____/

**APPEARANCE OF ALEXANDER P. KEMP
FOR PLAINTIFF**

      PLEASE ENTER my Appearance in the above-entitled cause of action for and on behalf of the Plaintiff, STEPHEN FELLOWS.

        MICHIGAN AUTO LAW, P.C.

By: /S/ Alexander P. Kemp
    ALEXANDER P. KEMP (P80963)
    Attorney for Plaintiff
    30101 Northwestern Hwy.
    Farmington Hills, MI 48334
    (248) 353-7575

Dated: August 19, 2019

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to attorney William S. Cook.

        MICHIGAN AUTO LAW, P.C.

By: /S/ Alexander P. Kemp
    ALEXANDER P. KEMP (P80963)
    Attorney for Plaintiff
    30101 Northwestern Hwy.
    Farmington Hills, MI 48334
    248-353-7575

Dated: August 19, 2019